UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        Plaintiff,

    -v.-

$3,979,386.00 IN UNITED STATES
CURRENCY FORMERLY ON DEPOSIT IN
EAST WEST BANK ACCOUNT 808300XXXX;
AND

$220,614.00 IN UNITED STATES CURRENCY
FORMERLY ON DEPOSIT IN BANK OF
AMERICA ACCOUNT 94462XXXX

        Defendants-*in-rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 25, 2022

JUDGMENT OF FORFEITURE

22 Civ. 646 (ALC)

       WHEREAS, on or about January 25, 2022, the United States commenced an *in-rem* forfeiture action by filing a Verified Complaint for Forfeiture (the "Forfeiture Complaint") seeking the forfeiture of the following assets:

       a.    $3,979,386.00 in United States currency formerly on deposit in East West Bank Account 808300XXXX, and

       b.    $220,614.00 in United States currency formerly on deposit in Bank of America Account 94462XXXX;

(together, the "Defendants-*in-rem*").

       WHEREAS, the Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and Title 21, United States Code, Section 881(a)(6);

       WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was

posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on January 27, 2022 through February 25, 2022, and proof of such publication was filed with the Clerk of this Court on March 22, 2022 (D.E. 5);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about February 4, 2022, the Court entered a Stipulation and Order of Settlement between the United States and Private Label PC, LLC ("Private Label") wherein Private Label represented that it was the sole owner of the Defendants-*in-rem* and that it consented to the forfeiture of the Defendants-*in-rem* to the United States (D.E. 4); and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

[THIS SPACE LEFT INTENTIONALLY BLANK]

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby are, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem* according to law.

Dated: New York, New York

May 25, 2022

SO ORDERED:

_____
THE HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK